No. 6,488.—STATE ex. rel. SAMUEL C. HOOD, Relator, v. DISTRICT COURT et al., Respondents.

Decided March 6, 1929.

PER CURIAM.—After hearing argument by counsel for relator and upon consideration it is ordered that the proceeding be, and the same is hereby, dismissed.

*Mr. J. T. Andrew* and *W. H. Maloney*, for Relator.

*Mr. L. A. Foot*, Attorney General, and *Mr. L. V. Ketter*, Assistant Attorney General, for Respondents.